UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-6 |
| | ) | |
| JEFFREY PARR, | ) | |
| | ) | |
| Defendant. | ) | |

FINDINGS AND RECOMMENDATION
OF THE MAGISTRATE JUDGE UPON A
SUPERVISED RELEASE REVOCATION HEARING

TO:    THE HONORABLE PHILIP P. SIMON
UNITED STATES DISTRICT COURT

This matter came on for hearing before the Honorable Andrew P. Rodovich, United

States Magistrate Judge, on August 14, 2019.  The United States Government appeared by

counsel Assistant United States Attorney Nicholas Padilla.  Defendant Jeffrey Parr appeared in

person and by counsel R. Brian Woodward and in the custody of the United States Marshal.

A Supervised Release Revocation Hearing was held.  Based upon the record of

proceedings the court makes this Report and Recommendation.

The defendant, Jeffrey Parr, was found guilty as to Count 1 of the Superseding

Indictment, felon in possession of a firearm, and was sentenced to a 120 month term of

imprisonment followed by a supervised release term of 3 years.

On March 12, 2019, a Petition for Warrant for Offender Under Supervision was filed

alleging that the defendant had violated the terms and conditions of his supervised release.

On June 12, 2019, the defendant was arrested.

On June 12, 2019, the Initial Appearance was held.

On June 25, 2019, the defendant stipulated to probable cause and waived a full detention hearing.

On June 26, 2019, District Judge Philip P. Simon issued an Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. §§ 3401(i) and 3583(e) and Federal Rule of Criminal Procedure 32.1.

On June 27, 2019, the U.S. Probation Office filed a Summary Report of Violations [DE 108].

On July 30, 2019, the parties filed the Agreed Disposition of Supervised Release Violations [DE 109].

As a result of the August 14, 2019, Supervised Release Revocation Hearing I FIND as follows:

1. that the defendant has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. that the defendant understands the proceedings, allegations and his rights;

3. that the defendant knowingly and voluntarily admitted that he committed the violations set forth on page 2 of the Agreed Disposition of Supervised Release Violations;

4.  that the admitted violations are Grade C violations, the defendant's criminal history category is VI, and the advisory guideline range is 8-14 months incarceration, and the statutory maximum sentence that may be imposed is 24 months incarceration;

5.  that the parties jointly agree to a sentence of the defendant to 3 months incarceration, including receipt of credit for time served while in federal custody beginning June 12, 2019, with no further supervised release to follow; and

6.  that the parties have waived their right to appear before Judge Simon for the Supervised Release Revocation Hearing and Sentencing pursuant to Federal Rule of Criminal Procedure 43(a)(3).

I RECOMMEND to Judge Simon as follows:

7.  that the defendant be adjudged to have committed the violation of his supervised release described on page 2 of the Agreed Disposition of Supervised Release Violations;

8.  that the supervised release of the defendant be revoked;

9.  that the agreement of the parties be accepted and the defendant be ordered committed to the United States Bureau of Prisons forthwith to serve 3 months imprisonment, including receipt of credit for time served while in federal custody beginning June 12, 2019;

10. that after successful completion of the additional term of imprisonment the defendant not continue on supervised release; and

11. that the sentence be imposed without the defendant making an additional court appearance.

The parties agreed to waive any objections to these Findings and Recommendations.

ENTERED this 14th day of August, 2019.

/s/ Andrew P. Rodovich
United States Magistrate Judge