UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:05-cr-6 |
| | ) | |
| JEFFREY PARR, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

No objections have been timely filed to the Report and Recommendation of United States Magistrate Judge Andrew P. Rodovich concerning the Supervised Release Revocation of defendant Jeffrey Parr. Without objection, then, I adopt Judge Rodovich's findings that defendant violated the terms of his supervised release.

ACCORDINGLY: Judge Rodovich's Findings and Recommendation [DE 112] are ACCEPTED AND ADOPTED.

Defendant Jeffrey Parr is adjudged to have committed the violation of his supervised release described on page 2 of the Agreed disposition of Supervised Release Violations [DE 109]. Defendant is ORDERED committed to the custody of the United States Bureau of Prisons for a term of three months imprisonment, including receipt of credit for time served while in federal custody beginning June 12, 2019. Following completion of this term of imprisonment, defendant is further ORDERED not to continue on supervised release.

SO ORDERED on September 4, 2019.


/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT